AO-10 (WP)
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| | | |
|---|---|---|
| **1. Person Reporting** *(Last name, first, middle initial)*<br>SHADUR, MILTON I. | **2. Court or Organization**<br>US District Court<br>Northern District of Illinois | **3. Date of Report**<br>April 14<br>2006 |

| | | |
|---|---|---|
| **4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br>US District Judge<br>Senior status | **5a.** **Report Type** (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial  X Annual  ___ Final<br>**5b.** ___ Amended Report | **6. Reporting Period** |

| | |
|---|---|
| **7. Chambers or Office Address**<br>219 S. Dearborn St. Room 2388<br>Chicago, Ill. 60604 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Life trustee | Ravinia Festival Ass'n (not for profit) |
| Partner | Partnerships (investment only - no services)<br>[Pt VII, p.1 line 5; Pt VII, p.2 line 2] |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| | Travelers Ins. Co. (monthly annuity from matured insurance policy) | Annual Gross (taxable $448.08 $310.56) |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| ☒ NONE (No reportable non-investment income.) | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHADUR, MILTON I. | April 14 2006 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

SOURCE             DESCRIPTION

☐ NONE (No such reportable reimbursements.)

1.

2. ABA Section on Employment Law    Key Biscayne, Fla. Mar. 9-12. Faculty member at section meeting. Transportation, hotel + meals

3. Practicing Law Inst.    New York, N.Y. July 27-30. Faculty member

4. at national seminar on class actions

5.

6.

7.

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

SOURCE        DESCRIPTION        VALUE

☒ NONE (No such reportable gifts.)

1.    $
2.    $
3.    $
4.    $

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

CREDITOR        DESCRIPTION        VALUE CODE*

☒ NONE (No reportable liabilities.)

1.
2.
3.
4.
5.

*Value Codes:   J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-50,000,000    P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHADUR, MILTON I. | April 14 2006 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | Unless otherwise specified, all listed items are shares of common stock | | | | | | | | |
| 1 Wyeth | B | div | M | T | | | | | |
| 2 BP PLC | A | div | K | T | | | | | |
| 3 Bell South | A | div | K | T | | | | | |
| 4 Consolidated Edison | B | div | K | T | | | | | |
| 5 East Bank Club (Chicago) limited partnership | G | pshp income | J | Negative () | | | | | |
| 6 Exxon Mobil | B | div | L | T | | | | | |
| 7 JP Morgan Chase (formerly Bank One) IRAs. CDs | C | cash distrib | L | T | | | | | |
| 8 JP Morgan Chase (formerly Bank One) Checking | A | int | L | T | | | | | |
| 9 Grant Hospital bond | A | int | | | Redeemed | 7/1 | J | None | [Final report] |
| 10 IBM | A | div | K | T | | | | | |
| 11 Scudder Money Mkt Fund | E | div | O | T | | | | | |
| 12 Lockheed-Martin | C | div | M | T | | | | | |
| 13 Northrop Grumman | B | div | M | T | | | | | |
| 14 Pinnacle West | A | div | J | T | | | | | |
| 15 Burlington N. Santa Fe | A | div | K | T | | | | | |
| 16 Skyline Industries | A | div | K | T | | | | | |
| 17 Marathon Oil | A | div | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHADUR MILTON I. | April 14 2006 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Codes (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Walgreens | C | div | O | T | | | | | |
| 2 Wynnewood Apts (Pa) real estate partnership | A | distribs + int | J | Negative U | | | | | |
| 3 Condominium (Highland Park, Ill) 1996 $216,000 | | none | M | R | | | | | |
| 4 EnCana | A | div | K | T | | | | | |
| 5 Fording Coal Trust | B | div | J | T | | | | | |
| 6 Canadian Pac Ry | A | div | K | T | | | | | |
| 7 CP Ships | A | div | | | sold | 10/25 | J | C | [final report] |
| 8 Fairmont Hotels | A | div | J | T | | | | | |
| 9 Northwestern Mut Life (whole life policies) | | none | M | U | | | | | |
| 10 Great A+P (X) | A (none) | J | T | | | See note in Part VIII | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2. | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3. | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SHADUR MILTON I. | April 14 2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Stock listed in Part VII, page 2 line 10 was previously exempt
(value increased to over #1000 during 2005)

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature                                           Date  April 14, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544